

FILED

AUG 14 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| RILEY MALONE, individually, and formerly d/b/a RIM CONSOLIDATED MINING INC., <br><br> Plaintiff, <br><br> vs. <br><br> KATHLEEN D. MURRAY REVOCABLE LIVING TRUST, <br><br> Defendant. | No. CV-17-49-BU-SEH <br><br> ORDER |

Defendant removed this action from state court by Notice of Removal[1] filed July 28, 2017. Jurisdiction was not well-pleaded. The Court granted Defendant the opportunity to file an amended notice of removal on or before August 11, 2017, by

---

[1] Doc. 1.

Order of August 4, 2017.[2] Defendant filed its Amended Notice of Removal[3] on August 4, 2017. However, jurisdiction is still not well-pleaded.

The removal statute is strictly construed against removal jurisdiction. <u>Gaus v. Miles, Inc.</u>, 980 F.2d 564, 566 (9th Cir. 1992). The "strong presumption" against removal jurisdiction requires the defendant to carry the burden of showing removal is proper. <u>Id.</u> Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance. <u>Id.</u>

The Notice asserts federal jurisdiction under 28 U.S.C. §§1332 and 1441. 28 U.S.C. §1332(a)(1) states:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
>
> (1) citizens of different States;

Only residence of Plaintiff is alleged. Citizenship is not. The diversity statute speaks of citizenship, not of residency. <u>Kanter v. Warner-Lambert</u>, 265 F.3d 853, 857 (9th Cir. 2001). Citizenship cannot be "deemed" by residency. <u>Id.</u> It is thus impossible for the Court to determine whether complete diversity exists.

---

[2] Doc. 3.

[3] Doc. 4.

ORDERED:

This case is REMANDED to the Montana Fifth Judicial District Court for lack of jurisdiction.

DATED this 14th day of August, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge